Dismissed and Opinion filed April 17, 2003









Dismissed and Opinion filed April 17, 2003.               

 

In The

 

Fourteenth Court of Appeals

____________

 

NO.
14-03-00249-CV

____________

 

JERRY GUERRERO, Appellant

 

V.

 

R. THALER, ET AL., Appellees

 



 

On
Appeal from the 12th District Court

Walker County, Texas

Trial
Court Cause No. 21,864

 



 

M E M O R A N D U M  O P I N I O N

This is an appeal from a judgment signed January 24,
2003.  No clerk=s record has been filed.  The clerk responsible for preparing the
record in this appeal informed the court appellant did not make arrangements to
pay for the record.  

On March 25, 2003, notification was transmitted to all
parties of the Court's intent to dismiss the appeal for want of prosecution
unless, within fifteen days, appellant paid or made arrangements to pay for the
record and provided this court with proof of payment.  See Tex.
R. App. P. 37.3(b).








Appellant filed no response.

Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Judgment rendered and Opinion
filed April 17, 2003.

Panel consists of Justices Yates,
Hudson, and Frost.